**RYAN W. STITT**
California State Bar No. 273651
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Ryan_Stitt@fd.org

Attorneys for Defendant
RIGOBERTO CAMPOS-ATRISCO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  19MJ24683-KSC |
| Plaintiff, | Hon. Karen S. Crawford<br>Courtroom 4D<br>Date: December 11, 2020<br>Time: 1:30 p.m. |
| v. | |
| RIGOBERTO CAMPOS-ATRISCO, | JOINT MOTION TO INCOPORATE PRIOR BRIEFING AND ORDER FROM THE COURT |
| Defendant. | |

## I.     Statement of facts

Based on discovery provided by the government, Border Patrol Agent D. Zamora was patrolling the countryside in the Campo Border Patrol Station's area of operation. At approximately 6:50 a.m., Agent Zamora received a radio call directing him to intercept a group of suspected undocumented people.

Agent Zamora responded to the area and placed a single suspect under arrest. Agent Zamora later learned that the suspect's name was Rigoberto Campos-Atrisco. Agent Zamora then questioned Mr. Campos as to his citizenship and nationality. Agent Zamora reports that Mr. Campos said that he was a citizen of Mexico who was illegally in the United States.

## II. Mr. Campos's motions

Mr. Campos has filed motions when represented by previous counsel. *See* Dkt. No. 28. New counsel has reviewed the motions and wishes to file a single additional motion to dismiss under *Village of Arlington Heights* because of the racist origins of § 1325. Counsel conferred with government counsel, and the parties jointly move to incorporate their prior briefing and the Court's prior order on this issue. In a similar case, Mr. Girarte-Alcala moved to dismiss his pending § 1325 charge under *Village of Arlington Heights* due to the racist origins of the statue. *See United States v. Girarte-Alcala*, 20MJ20121-KSC, Dkt. No. 32. The government responded in opposition, *see* Dkt. No. 33, and the Court issued a written order denying the motion. *See* Dkt. No. 36. The parties jointly move to incorporate their prior briefing and argument with respect to the motion to dismiss under *Village of Arlington Heights*, and further request that the Court issue a similar order on the issue in order to preserve Mr. Campos's appellate rights.

## III. Conclusion

Mr. Campos and the government jointly move to incorporate their briefing from Mr. Girarte-Alcala's case.

Respectfully submitted,

Dated: December 4, 2020    *s/ Ryan W. Stitt*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
RIGOBERTO CAMPOS-ATRISCO
Email: Ryan_Stitt@fd.org

Dated: December 4, 2020    *s/ Paul E. Benjamin*
Assistant United States Attorney

## CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from AUSA Paul Benjamin to affix his electronic signature to this document.

<u>s/ Ryan W. Stitt</u>
Ryan W. Stitt
Federal Defenders of San Diego, Inc.
Email: Ryan_Stitt@fd.org